UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1925

_____

CHARLES W. PENLAND, Sr.; MARY PENLAND, Wife,

Plaintiffs - Appellants,

v.

COUNTY OF SPARTANBURG, South Carolina; STATE OF SOUTH
CAROLINA; JERRY SAAD, Court Appointed Receiver; RMC OFFICE
OF SPARTANBURG COUNTY, South Carolina; SOUTH CAROLINA
DEPARTMENT OF REVENUE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry M. Herlong, Jr., District
Judge. (6:07-cv-03288-HMH)

_____

Submitted: November 20, 2008          Decided: November 25, 2008

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles W. Penland, Sr., and Mary Penland, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., and Mary Penland appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Penland v. County of Spartanburg</u>, No. 6:07-cv-03288-HMH (D.S.C. Aug. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>